In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-15-00146-CR
_____

ROBERT GRANT ROWE, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 411th District Court
Polk County, Texas
Trial Cause No. 23101

## MEMORANDUM OPINION

Robert Grant Rowe has filed a motion to dismiss his appeal. *See* Tex. R. App. P. 42.2. A request to dismiss the appeal is signed by appellant personally and joined by counsel of record. No opinion has issued in this appeal. The motion is granted, and the appeal is therefore dismissed.

APPEAL DISMISSED.

_____
LEANNE JOHNSON
Justice

Submitted on August 28, 2015
Opinion Delivered August 31, 2015
Do Not Publish

Before McKeithen, C.J., Horton and Johnson, JJ.